# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

SEALED
2015 MAR 17 P 1:40

United States of America
v.

TIMOTHY WOODS

*Defendant*

Case No. 3:15-cr-49
Varlan / Shirley

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* TIMOTHY WOODS, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C); and money laundering in violation of Title 18, United States Code, Section 1956(h).

Date: 3-5-15

City and state: Knoxville, TN

*Issuing officer's signature*
DEBRA C. POPLIN, CLERK
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3/4/15, and the person was arrested on *(date)* 3/13/15 at *(city and state)* Maynardville, TN. |
| Date: 3/13/15      *Arresting officer's signature* Beth O'Brien |
| Beth O'Brien, SA, FBI, Knoxville, TN   *Printed name and title* |

FID# 9751432   1574-0309-1028-J
Case 3:15-cr-00049-TAV-CCS   Document 4   Filed 03/17/15   Page 1 of 1   PageID #: 9