UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CRIMINAL MINUTES

**Case No.:** 3:15-CR-22, 49      **At:** Knoxville, TN      **Date:** March 13, 2015

**Style: United States of America   vs   Wendy Young (3:15-cr-22)**
**Timothy Woods (3:15-cr-49)**

---

**Present Before**: Honorable C. Clifford Shirley, Jr., United States Magistrate Judge

| Rachel Stone | FTR | J. Matthew Bolton |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Atty for Deft Young** |

| Anne-Marie Svolto | John T. Milburn Rogers |
|---|---|
| **Asst. U.S. Attorney** | **Atty. for Deft Woods** |

**Others Present: USMS, CSO, Probation Officer**

**Proceedings:**  Initial Appearance and Arraignment held on Indictment. Defendants sworn and advised of rights and charges. Defendants submitted and Court approved financial affidavits. Counsel appointed for Defendant Young.  Not guilty pleas entered.  The Government moved for detention, and Defendant Woods requested a detention hearing.  The Court scheduled a Detention Hearing on March 16, 2015 at 2:30 p.m.  Defendant Young waived her right to a detention hearing at this time.

**Dates and Deadlines Set:**

    **Jury Trial:** May 19, 2015 at 9:00 a.m.
    **Pretrial Conference:**  May 7, 2015
    **Discovery Cut-Off:** April 10, 2015
    **Motion Cut-Off:** April 24, 2015
    **Response to Motions:** May 6, 2015
    **Reciprocal Disc.:** May 7, 2015
    **Plea Cut-Off**:  May 7, 2015

**[] Defendant released on conditions      [X] Defendant remanded to custody of Marshal**

**Time:**  10:00    **to**    10:20