# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:15-CR-49 |
| | ) | |
| TIMOTHY WOODS | ) | |

## NOTICE OF APPEARANCE

Comes the Defendant, Timothy Woods, by and through his counsel, the Honorable C. Berkeley Bell, and respectfully advises this Honorable Court of counsel's appearance through all phases of the trial of this matter only.

*Respectfully Submitted*,

/s/ C. Berkeley Bell_____
C. Berkeley Bell
(BPR# 001421)
John Rogers Law Group
102 South Main Street
Greeneville, TN 37743
(423) 638-7000

### Certificate of Service

I, John T. Milburn Rogers, hereby certify that a true and exact copy of the preceding Notice was served via CM/ECF on all parties entitled on the 10th day of March, 2015.

/s/ C. Berkeley Bell_____
C. Berkeley Bell

L:\Crim\Woods, Timothy vs. USA 00447\2015-5-4.pleading.Notice of Appearance